FORM 5(10/06)   FORM 5. INVOLUNTARY PETITION

# United States Bankruptcy Court
## Northern District of Ohio

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**AvBase Flight Services, LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.<br>(If more than one, state all.)<br>**34-1950112** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**6200 Riverside Drive**<br>**Cleveland, OH 44135** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Cuyahoga** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7   ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box)
Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
☐ Corporation (Includes LLC and LLP)
☐ Partnership
■ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
**Limited Liability Company**

**Nature of Business** (Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**VENUE**
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)
■ Full Filing Fee attached
☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

## ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

FILED 07 OCT 25 PM 3:55 NORTHERN DISTRICT OF OHIO CLEVELAND

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| x **Signed below** <br> Signature of Petitioner or Representative (State title) | x _[signature]_ 10/25/07 <br> Signature of Attorney — Date |
| **AirExcellence III, LLC**  10/25/07 <br> Name of Petitioner / Date Signed <br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> Alan W. Sponseller <br> Vice President <br> Cedarwood Development, Inc. <br> 1765 Merriman Road <br> Akron, OH 44313 <br> Managing Member | **Kate Bradley and Marc B. Merklin** <br> Name of Attorney Firm (If any) <br> Brouse McDowell, LPA <br> 388 South Main Street <br> Suite 500 <br> Akron, OH 44311-4407 <br> Address <br> Telephone No. 330-535-5711 |
| x _[signature]_ <br> Signature of Petitioner or Representative (State title) | x <br> Signature of Attorney — Date |
| **Integrated Flight Resources, Inc.** <br> Name of Petitioner / Date Signed <br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> Eric R. Holby, President <br> Integrated Flight Resources, Inc. <br> 2760 International Drive <br> West Chicago, IL 60185 | **Timothy G. Warner, Esq.** <br> Name of Attorney Firm (If any) <br> Spieth, Bell, McCurdy & Newell Co., LPA <br> 925 Euclid Avenue <br> Cleveland, OH 44115 <br> Address <br> Telephone No. 216.696.4700 |
| x <br> Signature of Petitioner or Representative (State title) | x <br> Signature of Attorney — Date |
| **Douglas Damron** <br> Name of Petitioner / Date Signed <br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> Douglas Damron <br> 10411 Applecross Lane <br> Tampa, FL 33626 | **Jeffrey L. Koberg** <br> Name of Attorney Firm (If any) <br> Ziegler, Metzger & Miller <br> 925 Euclid Avenue <br> Suite 2020 <br> Cleveland, OH 44115 <br> Address <br> Telephone No. 216.781.5470 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| AirExcellence III, LLC <br> 1765 Merriman Road <br> Akron, OH 44313 | Breach of contract; money due on account. | 170,000.00 |
| Integrated Flight Resources, Inc. <br> 2760 International Drive <br> West Chicago, IL 60185 | Judgment - breach of contract. | 42,632.73 |
| Douglas Damron <br> 10411 Applecross Lane <br> Tampa, FL 33626 | Judgment Lien | 85,515.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims <br> 298,147.73 |

___0___ continuation sheets attached

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

**Air Excellence III, LLC**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Gerri L. Kornblut, Gen. Counsel
1765 Merriman Road
Akron, OH 44313**

X   *Signed below*
Signature of Petitioner or Representative (State title)

**Integrated Flight Resources, Inc.**    10/25/07
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Eric R. Holby, President
Integrated Flight Resources, Inc.
2760 International Drive
West Chicago, IL 60185**

X  *E. R. Holby, President*
Signature of Petitioner or Representative (State title)

**Douglas Damron**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Douglas Damron
10411 Applecross Lane
Tampa, FL 33626**

X  *[signature]*  10/25/07
Signature of Attorney                  Date

**Kate Bradley and Marc B. Merklin**
Name of Attorney Firm (If any)
**Brouse McDowell, LPA
388 South Main Street
Suite 500
Akron, OH 44311-4407**
Address
Telephone No.  **330-535-5711**

X  *[signature]*  10/25/07
Signature of Attorney                  Date

**Timothy G. Warner, Esq.**
Name of Attorney Firm (If any)
**Spieth, Bell, McCurdy & Newell Co., LPA
925 Euclid Avenue
Cleveland, OH 44115**
Address
Telephone No.  **216.696.4700**

X _____  Date
Signature of Attorney

**Jeffrey L. Koberg**
Name of Attorney Firm (If any)
**Ziegler, Metzger & Miller
925 Euclid Avenue
Suite 2020
Cleveland, OH 44115**
Address
Telephone No.  **216.781.5470**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Air Excellence III, LLC<br>1765 Merriman Road<br>Akron, OH 44313 | Breach of contract; money due on account. | 170,000.00 |
| Integrated Flight Resources, Inc.<br>2760 International Drive<br>West Chicago, IL 60185 | Judgment - breach of contract. | 42,632.73 |
| Douglas Damron<br>10411 Applecross Lane<br>Tampa, FL 33626 | Judgment Lien | 85,515.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | **Total Amount of Petitioners' Claims**<br>298,147.73 |

  0   continuation sheets attached

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

__Air Excellence III, LLC__
Name of Petitioner                                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Gerri L. Kornblut, Gen. Counsel
1765 Merriman Road
Akron, OH 44313

X_____
Signature of Attorney                             Date

__Kate Bradley and Marc B. Merklin__
Name of Attorney Firm (If any)
__Brouse McDowell, LPA__
388 South Main Street
Suite 500
__Akron, OH 44311-4407__
Address
Telephone No. __330-535-5711__

X_____
Signature of Petitioner or Representative (State title)

__Integrated Flight Resources, Inc.__
Name of Petitioner                                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Eric R. Holby, President
Integrated Flight Resources, Inc.
2760 International Drive
West Chicago, IL 60185

X_____
Signature of Attorney                             Date

__Timothy G. Warner, Esq.__
Name of Attorney Firm (If any)
__Spieth, Bell, McCurdy & Newell Co., LPA__
925 Euclid Avenue
__Cleveland, OH 44115__
Address
Telephone No. __216.696.4700__

X_/s/ Douglas Damron_____
Signature of Petitioner or Representative (State title)

__Douglas Damron__                     10/25/07
Name of Petitioner                                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Douglas Damron
10411 Applecross Lane
Tampa, FL 33626

X_/s/ Jeffrey L. Koberg_____  10/25/07
Signature of Attorney                             Date

__Jeffrey L. Koberg__
Name of Attorney Firm (If any)
__Ziegler, Metzger & Miller__
925 Euclid Avenue
Suite 2020
__Cleveland, OH 44115__
Address
Telephone No. __216.781.5470__

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Air Excellence III, LLC<br>1765 Merriman Road<br>Akron, OH 44313 | Breach of contract; money due on account. | 170,000.00 |
| Integrated Flight Resources, Inc.<br>2760 International Drive<br>West Chicago, IL 60185 | Judgment - breach of contract. | 42,632.73 |
| Douglas Damron<br>10411 Applecross Lane<br>Tampa, FL 33626 | Judgment Lien | 85,515.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>298,147.73 |

__0__ continuation sheets attached